**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LUISA MARIA RODRIGUEZ,

                    Plaintiff,                    22 **CIVIL** 3062 (KMK)

     -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 29, 2023, the Court adopts Judge Jones's R&R, grants Plaintiff's Motion for Judgment on the Pleadings, denies Defendant's Motion for Judgment on the Pleadings, and remands the case for calculation of benefits. Accordingly, this case is closed.

**Dated:** New York, New York

      September 29, 2023

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                   **BY:**
                                                         **Deputy Clerk**